No. 00–5269.  BROCKWAY v. DEPARTMENT OF MENTAL HEALTH OF CONNECTICUT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–5270.  BAINES v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–5271.  THORNE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–5272.  BOWEN v. NORTH CAROLINA.  C. A. 4th Cir. Certiorari denied.

No. 00–5273.  NOLAN v. POPPELL, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 00–5275.  LYTLE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–5276.  OPOKU v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5277.  LE v. QUISMORIO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–5278.  ROISE v. TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 00–5280.  SANDERS v. MITCHEM, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–5281.  SEAWORTH v. PEARSON ET AL.  C. A. 8th Cir. Certiorari denied.

No. 00–5282.  SIMMONS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–5283.  BLY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–5284.  KREPS v. TOLEDO BAR ASSN.  Sup. Ct. Ohio. Certiorari denied.

No. 00–5285.  JOHNSON v. INTERNAL REVENUE SERVICE. C. A. 4th Cir.  Certiorari denied.